# EXHIBIT A

| MUST BE POSTMARKED ON OR BEFORE AUGUST 21, 2014 | Hoffman v. Bank of America<br>c/o GCG<br>P.O. Box 35117<br>Seattle, WA 98124-5117<br>Toll-Free: (877) 899-4228 | BMA  |
|---|---|---|

Claim No: 7686173   Control No: 9931566733

SUSAN HOUSE
4436C LUBBOCK DR
SIMI VALLEY, CA 93063
US

**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**
If the pre-printed address to the left is incorrect or out of date, OR if there is no pre-printed data to the left, YOU MUST provide your current name and address here:

Name:
Address:
City/State/ZIP:

### Claim Form

*Schuyler Hoffman, individually and on behalf of all others similarly situated v. Bank of America, N.A.*

United States District Court, Southern District of California, Case No. 3:12-cv-00539-JAH-DHB

This Claim Form must be postmarked by August 21, 2014, or submitted online by August 21, 2014.

TO BE ELIGIBLE TO CLAIM MONEY FROM THE SETTLEMENT, YOU MUST (1) COMPLETE ALL SECTIONS OF THIS FORM, (2) SIGN THIS FORM, AND (3) RETURN IT BY MAIL TO THE CLAIMS ADMINISTRATOR AT THE ADDRESS BELOW OR SUBMIT THE FORM VIA THE WEB FORM. TO BE EFFECTIVE BY MAIL THIS DOCUMENT MUST BE POSTMARKED NO LATER THAN AUGUST 21, 2014, AND MAILED TO:

Hoffman v. Bank of America
c/o GCG
P.O. Box 35117
Seattle, WA 98124-5117
(877) 899-4228

TO BE EFFECTIVE BY WEB FORM, THE WEB FORM MUST BE SUBMITTED ONLINE NO LATER THAN AUGUST 21, 2014.

Name (Printed): SUSAN HOUSE
Address: 4436 C LUBBOCK DRIVE
City: SIMI VALLEY    State: CA    ZIP: 93063
Current Contact Telephone: (805) 915-8864

QUESTIONS? CALL TOLL-FREE: (877) 899-4228 OR VISIT www.MortgageCallRecordingClass.com
To view GCG's Privacy Notice, please visit http://www.gcginc.com/pages/privacy-policy.php

1



Approximate Date on or after March 2, 2011, through February 13, 2014, on which you received a mortgage servicing related telephone call from Bank of America, N.A. while within the State of California, during which you did not receive a warning that the call would be monitored and/or recorded

11/15/2012 approx & many other times

Telephone number used to receive each such telephone call listed above

(805) 915-8864

By signing below, you affirm that you, on or after March 2, 2011, through February 13, 2014, received a mortgage servicing related telephone call from Bank of America, N.A. while within the State of California and did not receive a warning that the call would be monitored and/or recorded.

Dated: 08/21/2014     Signature: S. House