**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL COUNSEL FOR PLAINTIFF LISTED ON SIGNATURE PAGE]

Attorneys for Plaintiff,
*Schuyler Hoffman*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHUYLER HOFFMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA , N.A.,<br><br>Defendant. | Case No.: 3:12-cv-539 JAH (DHB)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:** September 22, 2014<br>**TIME:** 2:30 P.M.<br>**COURTROOM:** 13B<br><br>**HON. JOHN A. HOUSTON** |

**KAZEROUNI LAW GROUP, APC**
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705

**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **September 22, 2014** at **2:30 p.m.** or as soon thereafter as the matter may be heard in **Courtroom 13B** of the above captioned Court located at 333 West Broadway, San Diego, CA 92101, Plaintiff SCHUYLER HOFFMAN ("Plaintiff") will and hereby does move the Court pursuant to Federal Rule of Civil Procedure 23 for final approval of the Parties' Class Action Settlement.

This Motion is based on the accompanying Memorandum of Points and Authorities, the declarations filed concurrently herewith, the exhibits attached thereto, all pleadings and papers on file in this action and upon such other matters as the Court deems proper.

Dated: August 25, 2014                          Respectfully submitted,

                                        **KAZEROUNI LAW GROUP, APC**

                                        By:    /s/ Abbas Kazerounian
                                                ABBAS KAZEROUNIAN, ESQ.
                                        ATTORNEY FOR PLAINTIFF SCHUYLER HOFFMAN


**[ADDITIONAL PLAINTIFF'S COUNSEL]**

| | |
|---|---|
| **HYDE & SWIGART** | **ORSHANSKY & YEREMIAN LLP** |
| Joshua B. Swigart, Esq. (SBN: 225557) | Anthony J. Orshansky, Esq.  (199364) |
| josh@westcoastlitigation.com | anthony@counselonegroup.com |
| 2221 Camino Del Rio South, Suite 101 | 9301 Wilshire Blvd., Suite 650 |
| San Diego, CA 92108 | Telephone: (310) 277-9945 |
| Telephone: (619) 233-7770 | Facsimile: (424) 277-3727 |
| Facsimile: (619) 297-1022 | |

KAZEROUNI LAW GROUP, APC
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705

**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**