| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC**<br>Abbas Kazerounian, Esq. (SBN: 249203)<br>ak@kazlg.com<br>Matthew M. Loker, Esq. (SBN: 279939)<br>ml@kazlg.com<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523 | **LAW OFFICES OF DARRELL PALMER PC**<br>Joseph Darrell Palmer, Esq. (125147)<br>darrell.palmer@palmerlegalteam.com<br>2244 Faraday Avenue, Suite 121<br>Carlsbad, CA 92008<br>Telephone: (858) 215-4064<br>Facsimile: (866) 583-8115<br><br>*Attorney for Objector,*<br>Susan House |

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Schuyler Hoffman

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHUYLER HOFFMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No.: 3:12-cv-539 JAH (DHB)<br><br>**JOINT STIPULATION WITHDRAWING OBJECTOR SUSAN HOUSE'S OBJECTION TO PLAINTIFF'S MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEYS' FEES**<br><br>HON. JOHN A. HOUSTON |

///

///

---

JOINT STIPULATION WITHDRAWING OBJECTOR SUSAN HOUSE'S OBJECTION TO PLAINTIFF'S MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEYS' FEES

WHEREAS, this Court preliminarily approved Plaintiff SCHUYLER HOFFMAN ("Hoffman") and Defendant BANK OF AMERICA, N.A.'s ("BofA") class settlement on February 13, 2014. [ECF No. 48];

WHEREAS, Objector SUSAN HOUSE ("House") lodged an objection to the Parties class settlement on August 21, 2014. [ECF No. 55];

WHEREAS, Hoffman and BofA moved for Final Approval of the class settlement on August 25, 2014. [ECF No. 56];

WHEREAS, House lodged an Opposition to the Parties' Final Approval Motion on September 10, 2014. [ECF No. 58];

WHEREAS, Class counsel met and conferred with House and House's counsel before Judge Hoffman (Ret.) to discuss the issues addressed in House's Opposition;

WHEREAS, Class counsel agreed to extend the Claims period and post all motions for approval and fees on the settlement website upon Court approval;

WHEREAS, Class counsel established that no conflict of interest exists in this matter and after such meet and confer, House is fully satisfied that no such conflict exists, specifically as it relates to any of her objections;

WHEREAS, House believes that the issues addressed in House's Objection are now remedied;

WHEREAS, Class counsel agree that extending the claims period to October 21, 2014 and any claims up to that date will be deemed as timely claims with Court Approval, and posting the fee and approval motions on the settlement website have benefited the class; and,

WHEREAS, House now agrees to withdraw all House's Objections to the Parties class settlement.

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that:

1. All of House's Objections to the class settlement (ECF No. 55) are hereby

withdrawn;

2. The claims period be extended until October 21, 2014 upon Court approval; and,

3. House's Opposition to the class settlement (ECF No. 58) is hereby withdrawn;

4. Any additional costs related to the upkeep of the website and administrative costs for the extended claims period shall come from the Settlement Fund; and

5. House, Hoffman and Bank of America respectfully request this Court finally approve the Parties' class settlement.

Dated: September 26, 2014                              Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ___/s/ Abbas Kazerounian___
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF

**REED SMITH LLP**

By: ___/s/ Felicia Yu___
FELICIA YU, ESQ.
ATTORNEY FOR DEFENDANT

**LAW OFFICES OF DARRELL PALMER PC**

By: ___/s/ Joseph Darrell Palmer___
JOSEPH DARRELL PALMER, ESQ.
ATTORNEY FOR OBJECTOR

| | |
|---|---|
| 1 | |
| 2 | |

IT IS THE RECOMMENDATION OF HONORABLE HERBERT B. HOFFMAN (RET.) THAT THIS JOINT STIPULATION BE APPROVED BY THIS HONORABLE COURT

JUDICATE WEST

By: _____/s/ Herbert B. Hoffman_____
HONORABLE HERBERT B. HOFFMAN (RET.)

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Polices and Procedures Manual, I hereby certify that the content of this document is acceptable to Joseph Darrell Palmer, Esq.; and, Felicia Yu, Esq. and that I have obtained Mr. Palmer; and, Ms. Yu's authorization to affix their electronic signatures to this document.

Dated: September 26, 2014                KAZEROUNI LAW GROUP, APC

By:   ___/s/ Abbas Kazerounian___
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

JOINT STIPULATION WITHDRAWING OBJECTOR SUSAN HOUSE'S OBJECTION TO PLAINTIFF'S MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEYS' FEES        PAGE 3 OF 3