**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Schuyler Hoffman

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCHUYLER HOFFMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | **Case No.:** 3:12-cv-539 JAH (DHB)<br><br>**SUPPLEMENTAL STATEMENT IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:** November 3, 2014<br>**TIME:** 2:30 P.M.<br>**COURTROOM:** 13B<br><br>**HON. JOHN A. HOUSTON** |

Plaintiff SCHUYLER HOFFMAN ("Plaintiff"), by and through Plaintiff's attorneys of record, hereby submits the following Statement supplementing Plaintiff's Motion for Final Approval. [ECF No. 56].

On August 25, 2014, Plaintiff lodged Plaintiff's Motion for Final Approval of Class Action Settlement. [ECF No. 56]. Thereafter, Objector SUSAN HOUSE opposed Plaintiff's Final Approval Motion and objected to the settlement. [ECF Nos. 57; and, 58]. After reviewing House's objections, Plaintiff met and conferred with House on each perceived issue with the guidance of the Honorable Herbert B. Hoffman (Ret.) of Judicate West. [*See* Plaintiff's Reply in Support of Final Approval, ECF No. 60, 2:11-15]. Following this meet and confer, Plaintiff agreed to extend the class notice period and to accept any late claims. [ECF No. 60].

As a result, House withdrew House's objections on October 1, 2014. [ECF No. 63].

During this extended claims period, twenty-four new claims were received by the claims administrator, Garden City Group, Inc. [Garden City Group, Inc.'s Declaration on this issue is forthcoming]. Plaintiff submits the following table to summarize to this Court the updated information relevant to Plaintiff's Motion which includes the twenty-four additional claims discussed herein.

| **TOTAL SETTLEMENT** | $2,600,000.00 |
|---|---|
| **NOTICE COSTS** | $323,668.20 |
| **LITIGATION COSTS** | $9,343.33 |
| **ATTORNEYS' FEES REQUESTED** | $650,000.00 |
| **INCENTIVE AWARD** | $1,500 |
| **TOTAL NUMBER OF VALID CLAIMS FOLLOWING EXTENDED CLAIMS PERIOD** | 916[1] |
| **AWARD PER CLAIMANT** | $1,763.63[2] |

---

[1] 892 valid claims were received before the extended claims period

**SUPPLEMENTAL STATEMENT IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** PAGE 1 OF 2

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Based upon the above, Plaintiff requests this Court grant final approval of this class action settlement.

Dated: October 28, 2014                                   Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ___/s/ Abbas Kazerounian___
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF, SCHUYLER HOFFMAN

---

[2] The award per claimant was calculated based upon the maximum amount of costs, fees and incentive award as requested by Plaintiff's counsel and are subject to Court approval.