UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHUYLER HOFFMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No.: 12-CV-539 JAH (DHB)<br><br>CLASS ACTION<br><br>**SECOND SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH REGARDING NOTICE AND SETTLEMENT ADMINISTRATION** |

# SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH REGARDING NOTICE AND SETTLEMENT ADMINISTRATION

I, JENNIFER M. KEOUGH, declare as follows:

1. I am the Chief Operating Officer of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision, and if called on to do so, I could and would testify competently about these issues.

2. I submit this Declaration pursuant to Section 7(d) of the Court's Preliminary Approval Order in order to update the Parties and the Court as to claims received since my Declaration dated August 22, 2014.

## CLAIMS

3. As stated in Paragraph 14 of my Declaration dated August 22, 2014, as of August 21, 2014, GCG had received 892 timely and unique claims. Since August 21, 2014, and as of October 26, 2014, GCG had received an additional 24 unique claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of October, 2014 in Seattle, Washington.

_____
Jennifer M. Keough

SECOND SUPPLEMENTAL DECLARATION
OF JENNIFER M. KEOUGH           - 2 -
Case No.: 12-cv-539 JAH (DHB)